| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF ARIZONA |

| | |
|---|---|
| Matthew D. Kennedy, derivatively on behalf of Nominal Defendant Nuverra Environmental Solutions, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Mark D. Johnsrud; Richard J. Heckmann; Robert B. Simonds, Jr.; Andrew D. Seidel; Kevin L. Spence; Alfred E. Osborne, Jr.; J. Danforth Quayle; Lou L. Holtz; and, Edward A. Barkett,<br><br>Defendants,<br><br>– and –<br><br>Nuverra Environmental Solutions, Inc.,<br><br>Nominal Defendant. | Case No. CV-13-01933-PHX-NVW<br><br>ORDER CONSOLIDATING ACTIONS AND APPOINTING CO-LEAD COUNSEL |

[Caption continued on following page.]

| | |
|---|---|
| Mark Mutton, Derivatively on Behalf of Nominal Defendant Nuverra Environmental Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mark D. Johnsrud; Richard J. Heckmann; Robert B. Simonds, Jr.; Andrew D. Seidel; Kevin L. Spence; Alfred E. Osborne, Jr.; J. Danforth Quayle; Lou L. Holtz; and, Edward A. Barkett, <br><br> Defendants, <br> -and- <br><br> Nuverra Environmental Solutions, Inc., <br><br> Nominal Defendant. | Case No. CV-13-02020-PHX-JWS |
| George Partilla, Derivatively on Behalf of Nuverra Environmental Solutions, InC., <br><br> Plaintiff, <br><br> v. <br><br> Richard J. Heckmann; Mark D. Johnsrud; Jay C. Parkinson; Robert B. Simonds, Jr.; Alfred E. Osborne, Jr.; Edward A. Barkett; Kevin L. Spence; Lou L. Holtz; J. Danforth Quayle; and Andrew D. Seidel, <br><br> Defendants, <br> -and- <br><br> Nuverra Environmental Solutions, Inc., a Delaware corporation, <br><br> Nominal Defendant. | Case No. CV-13-02034-PHX-GMS |

Good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Joint Motion Stipulation is GRANTED.

2. The following actions are related and are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Kennedy v. Johnsrud, et al.* | CV-13-01933-PHX-NVW | September 20, 2013 |
| *Mutton v. Johnsrud, et al.* | CV-13-02020-PHX-JWS | October 4, 2013 |
| *Partilla v. Heckmann, et al.* | CV-13-02034-PHX-GMS | October 7, 2013 |

3. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE NUVERRA ENVIRONMENTAL SOLUTIONS, INC. DERIVATIVE SHAREHOLDER LITIGATION ) ) ) ) | Lead Case No. CV-13-01933-PHX-NVW |
| This Document Relates To: ) All Actions. ) | |

4. The files of the Consolidated Action shall be maintained in one file under Lead Case No. CV-13-01933-PHX-NVW. All documents previously field to date in any of the cases consolidated herein are deemed a part of the record in the Consolidated Action.

5. This Order shall apply to each derivative case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to, or transferred to this Court.

6. When a case which properly belongs as part of *In re Nuverra Environmental Solutions, Inc. Derivative Shareholder Litigation*, Lead Case No. CV-13-01933-PHX-NVW, is hereafter filed in the Court or transferred here from another court, this Court

requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of *In re Nuverra Environmental Solutions, Inc. Derivative Shareholder Litigation*, Lead Case No. CV-13-01933-PHX-NVW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

7. Counsel for plaintiffs in the Consolidated Action ("Co-Lead Counsel") are:

>  HARWOOD FEFFER LLP
>  ROBERT I. HARWOOD
>  MATTHEW M. HOUSTON
>  BENJAMIN I. SACHS-MICHAELS
>  488 Madison Avenue
>  New York, NY 10022
>  Telephone: (212) 935-7400
>
>  -and-
>
>  ROBBINS ARROYO LLP
>  BRIAN J. ROBBINS
>  CRAIG W. SMITH
>  JENNY L. DIXON
>  600 B Street, Suite 1900
>  San Diego, CA 92101
>  Telephone: (619) 525-3990
>  Facsimile: (619) 525-3991

8. Plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

10. Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other direction from the Court to counsel.

11. Co-Liaison Counsel for Plaintiffs are:

> ZIMMERMAN REED, PLLP
> HART L. ROBINOVITCH
> 14646 N. Kierland Blvd., Suite 145
> Scottsdale, AZ 85254
> Telephone: (480) 348-6400
> Facsimile: (480) 348-6415
>
> -and-
>
> SCHNEIDER WALLACE COTTRELL
> KONECKY LLP
> MICHAEL C. MCKAY
> 8501 North Scottsdale Road, Suite 270
> Scottsdale, AZ 85253
> Telephone: (480) 428-0141
> Facsimile: (866) 505-8036

12. Defendants' counsel may rely upon all agreements made with either of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

13. Defendants' counsel have agreed to accept service on behalf of any and all defendants not already served.

14. Defendants and Nuverra do not waive any rights and expressly reserve the right to assert any defenses that they or any of them individually may have to this action or any other related action. Defendants and Nuverra do not waive, and expressly reserve, the right to seek to transfer to this Court any and all actions arising out of the same or substantially the same transactions or events, including but not limited to any and all putative shareholder class actions asserting claims under the federal securities laws against Nuverra, its officers and directors.

15. The parties shall meet and confer in good faith to address case management and arrange a briefing schedule concerning the filing and service of a consolidated derivative complaint and any responsive pleadings. The parties shall propose a schedule to the Court within fifteen (15) days of the entry of this order. Defendants need not answer, move or otherwise respond to any complaint in the Related Actions until a new response date for the Consolidated Action is set and/or approved by the Court.

Dated this 29th day of October, 2013.

_____
Neil V. Wake
United States District Judge