# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Nuverra Environmental Solutions, Inc. Derivative Shareholder Litigation | Lead Case No. CV-13-01933-PHX-DLR<br><br>Member Case Nos. CV-13-2020-PHX-DLR & CV-13-02034-PHX-DLR<br><br>**ORDER** |

On July 25, 2014, the Court dismissed the Verified Consolidated Shareholder Derivative Complaint (Doc. 52) in this matter. (Doc. 61.) The Court granted Plaintiffs leave to file an amended complaint within 15 days of the Order of dismissal. As of this date, no amended complaint has been filed. Accordingly, absent a contrary order from this Court,

**IT IS ORDERED** that the Clerk of the Court shall dismiss these consolidated cases on September 15, 2014, without further order of the Court.

Dated this 15th day of August, 2014.

Douglas L. Rayes
United States District Judge